# United States Bankruptcy Court
# Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367-6603**

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Berditchev Holdings, Inc., Corporation

**BANKRUPTCY NO.** 1:25-bk-10228-MB

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax-Identification (EIN) No(s).(if any):** 47-3504738
**Debtor Dismissal Date:** 6/26/25

**Address:**
5632 Van Nuys Boulevard Ste 305
Van Nuys, Ca 91401

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 26, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form van23b-odmwab Rev. 06/2017

**34 / JC**