United States Bankruptcy Court

Central District of California

In re:  
Berditchev Holdings, Inc., Corporation  
    Debtor

Case No. 25-10228-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 26, 2025      Form ID: van23b      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berditchev Holdings, Inc., Corporation, 5632 Van Nuys Boulevard Ste 305, Van Nuys, Ca 91401-4602 |
| 42334605 | + | Ash A Ashour, Ash A Ashour, APC, 21051 Warner Center Ln, Suite 210, Woodland Hills, CA 91367-6597 |
| 42334606 | + | Brian Slome, Lewis, Brisnois, Bisgarrd & Smith,, 650 Town Center Dr Suite 1400, Costa Mesa, CA 92626-7020 |
| 42334607 | + | The Evergreen Advantage, LLC, ZBS LAW, LLP, BRADFORD KLEIN, ESQ, 30 CORPORATE PARK, STE 450, Irvine, CA 92606-3401 |
| 42334608 | | Wells Fargo, Summons and Subpoena Department, P.O. Box 29708-54001-01F, Phoenix, AZ 85038 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Jun 27 2025 04:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 27 2025 04:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jun 27 2025 01:03:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: van23b | Total Noticed: 8 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sandra McBeth (TR) | jwalker@mcbethlegal.com  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com |
| Stephen L Burton | on behalf of Debtor Berditchev Holdings  Inc., Corporation steveburtonlaw@aol.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
# AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Berditchev Holdings, Inc., Corporation

**BANKRUPTCY NO.** 1:25−bk−10228−MB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 47−3504738
**Debtor Dismissal Date:** 6/26/25

**Address:**
5632 Van Nuys Boulevard Ste 305
Van Nuys, Ca 91401

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 26, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form van23b−odmwab Rev. 06/2017

**34 / JC**